THE STATE, PETER YAGER, PROSECUTOR, v. CITY OF TRENTON.

THE STATE, CATHARINE WRIGHT, PROSECUTRIX, v. CITY OF TRENTON.

THE STATE, JOHANNA MULLER, PROSECUTRIX, v. CITY OF TRENTON.

PER CURIAM. These three cases are in all respects identical with Hankinson *v.* City of Trenton, in each the judgment is reversed for the reasons given in that case.